UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PENINSULA BUILDERS, INC.,<br><br>Defendant. | Case No.  12-cv-00219-JST<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE**<br><br>Re: ECF No. 26 |

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on Plaintiff's Motion for Default Judgment against Defendant Peninsula Builders, Inc. ECF No. 26.  The parties will be advised of the date, time, and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated:   April 25, 2013

_____
JON S. TIGAR
United States District Judge