UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PENINSULA BUILDERS, INC.,<br><br>  Defendant. | Case No. 12-cv-00219-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Because the sole defendant is in default status, a hearing has been set on Plaintiffs' Motion for Default Judgment, and it appears that the case would not benefit from active case management at this time, and good cause appearing, the Case Management Conference currently scheduled for Wednesday, June 5 is CONTINUED until Wednesday, September 4, 2013 at 2:00 p.m. Assuming that Plaintiffs diligently prosecute their request for default judgment, further Case Management Statements are not required.

**IT IS SO ORDERED**.

Dated: June 3, 2013

_____
JON S. TIGAR
United States District Judge